IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. |
| | ) | |
| v. | ) | 4:22-CR-000026 |
| | ) | |
| ROBERT COOK | ) | |

## ORDER

Defendant Robert Cook was indicted on November 9, 2022, ECF No. 1, and arraigned on January 25, 2023. A pretrial conference is currently scheduled for March 1, 2023. The parties jointly ask to continue the case and set the trial for the September 2023 term of court with Mr. Cook's co-defendants. The continuance request is based on the complexity of the case and counsel requiring additional time to review and discuss discovery with the Defendant.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the September 2023 term of Court, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this

continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 23rd day of February, 2023.

                                                S/Clay D. Land
                                        Clay D. Land, U.S. District Court Judge